1  **BASSFORD REMELE, P.A.**
   BRYCE D. RIDDLE (SBN 309533)
2  100 South 5th Street, Suite 1500
3  Minneapolis, Minnesota 55402
   Telephone:  612.333.3000
4  Facsimile: 612.333.8829
   Email: briddle@bassford.com
5  **Attorney for Defendant**

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTEL NELSON, | CASE NO.: 5:25-cv-00306-JGB-SHK |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| SPRING OAKS CAPITAL LLC, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant Spring Oaks Capital LLC, by and through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

////

Dated: September 25, 2025

Respectfully submitted,

**BASSFORD REMELE,**
*A Professional Association*

By: /s/ *Bryce D. Riddle*
Bryce D. Riddle, (SBN 309533)
100 South Fifth Street, Suite 1500
Minneapolis, MN 55402-1254
Telephone: (612) 333-2000
Facsimile: (612) 333-8829
briddle@bassford.com

*Attorney for Defendant*

By: *MN*
Martel Nelson
Plaintiff – Pro Se